ACCEPTED
15-25-00214-cv
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/12/2025 10:59 AM
CHRISTOPHER A. PRINE
CLERK

**No. 15-25-00214-CV**

## In the Fifteenth Court of Appeals

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/12/2025 10:59:15 AM
CHRISTOPHER A. PRINE
Clerk

TEXAS COMMISSION ON ENVIRONMENTAL QUALITY,

*Appellant,*

vs.

HARRIS COUNTY, TEXAS, et al.,

*Appellees.*

---

## APPELLANT'S FIRST UNOPPOSED MOTION FOR EXTENSION OF BRIEFING DEADLINE

---

Appellant Texas Commission on Environmental Quality files this First Unopposed Motion for Extension of Briefing Deadline, pursuant to Rule 10.5(b) of the Texas Rules of Appellate Procedure, and in support thereof would respectfully show as follows:

1. There is no specific deadline to file this motion to extend time. *See* Tex. R. App. P. 38.6(d).

2. The Court has the authority under Texas Rule of Appellate Procedure 38.6(d) to extend the time for Appellant to file this brief.

3. Appellant's brief is currently due on Monday, January 5, 2026. Tex. R. App. P. 38.6(b).

4. Counsel for Appellant seeks additional time to fully brief this matter. In addition to the briefing at issue for this Court, counsel for

1

Appellant has the following obligations surrounding the upcoming holiday season:

5. Among other matters, counsel for Appellant is engaged or has been engaged in preparing for various trial, litigation, and appellate deadlines in the following cases: *State of California, et. al. v. U.S., et al.*, No. 4:25-cv-04966-HSG (N.D. Cal.), briefing due December 12, 2025; *BAP Kennor Landfill, LLC v. Tex. Comm'n. on Env'tl Quality*, No. D-1-GN-21-002747 (Travis County, Texas), briefing on jurisdictional plea due January 3, 2026 and hearing January 8, 2026; *Tex. Comm'n. on Env'tl Quality v. Universal EV, LLC*, No. D-1-GN-24-004148 (Travis County, Texas), extensive discovery responses due January 12, 2026; *Massey, et al., v. Tex. Comm'n. on Env'tl Quality*, No. D-1-GN-21-002747 (Travis County, Texas), briefing due January 17, 2026.

6. Additionally, the Texas Supreme Court may soon request counsel for Appellant to respond to the Petition for Review filed in *Richard M. Young, Jr. a/k/a Richard Young v. Tex. Parks & Wildlife Dep't, et al.*, No 25-0628, waiver of response filed December 12, 2025.

7. Consequently, Appellant requests a 30-day extension of its briefing deadline to Wednesday, February 4, 2026, in order to ensure

there is adequate time to prepare briefing and filing and to provide the Court with a brief that will be helpful and best assist the Court's decision-making process.

8. This is Appellant's first request for an extension of time to file its brief.

9. Counsel for Appellant conferred with counsel for Appellees, on December 11-12, 2025. This motion for extension is unopposed. This extension is not sought for purposes of delay, but so that justice may be done.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

KELLIE E. BILLINGS-RAY
Chief, Environmental Protection Division

*/s/ Ian Lancaster*
IAN LANCASTER
Assistant Attorney General

3

State Bar No. 24097964
ian.lancaster@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL
Environmental Protection Division
P. O. Box 12548, MC-066
Austin, Texas 78711-2548
Tel: (512) 463-2012 | Fax: (512) 463-0911

COUNSEL FOR APPELLANT

## Certificate of Conference

As required by Texas Rule of Appellate Procedure 10.1(a)(5), the undersigned conferred with the listed counsel for Appellees regarding this motion on December 11-12, 2025, who advised that Appellees were unopposed to the motion and relief sought.

## Certificate of Service

I hereby certify that on this 12th day of December 2025, a true and correct copy of the foregoing has been served upon the parties listed below via electronic service or email.

SARAH JANE UTLEY
Environmental Division Director
sarah.utley@harriscountytx.gov

BETHANY DWYER
Assistant County Attorney
bethany.dwyer@harriscountytx.gov

RYAN COOPER
Assistant County Attorney
ryan.cooper@harriscountytx.gov

HARRIS COUNTY ATTORNEY'S OFFICE
1019 Congress Avenue, 15th Floor
Houston, Texas 77002
Telephone: (713) 274-5124
Facsimile: (713) 437-4211

**AND**

Adam M. Friedman
afriedman@msmtx.com

Hailey Culhane
hculhane@msmtx.com

MCELROY, SULLIVAN, MILLER & WEBER, L.L.P.

P.O. Box 12127
Austin, Texas 78711
Tel: (512) 327-8111
Fax: (512) 350-2681

**COUNSEL FOR APPELLEE**
**HARRIS COUNTY, TEXAS**

Amy Catherine Dinn
adinn@lonestarlegal.org

Caroline Crow
ccrow@lonestarlegal.org

Noor Mozaffar
nmozaffar@lonestarlegal.org

LONE STAR LEGAL AID
EQUITABLE DEVELOPMENT INITIATIVE
ENVIRONMENTAL JUSTICE TEAM
1415 Fannin
Houston, Texas 77002
Ph. (713) 652-0077 ext. 8108
Fax (713) 652-3141

**COUNSEL FOR APPELLEES**
**SUPER NEIGHBORHOOD 48 TRINITY/ HOUSTON GARDENS,**
**DYERSFOREST HEIGHTS CIVIC CLUB, AND PROGRESSIVE**
**FIFTH WARD COMMUNITY ASSOCIATION**

                                   */s/ Ian Lancaster*
                                   IAN LANCASTER

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

James McCarley on behalf of Ian Lancaster
Bar No. 24097964
scott.mccarley@oag.texas.gov
Envelope ID: 109032347
Filing Code Description: Motion
Filing Description: Appellant's First Unopposed Motion for Extension of Briefing Deadline
Status as of 12/12/2025 11:06 AM CST

Associated Case Party: TEXAS COMMISSION ON ENVIRONMENTAL QUALITY

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Ian Lancaster | | ian.lancaster@oag.texas.gov | 12/12/2025 10:59:15 AM | SENT |
| James ScottMcCarley | | scott.mccarley@oag.texas.gov | 12/12/2025 10:59:15 AM | SENT |

Associated Case Party: Harris County, Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Adam M.Friedman | | afriedman@msmtx.com | 12/12/2025 10:59:15 AM | SENT |
| Hailey Culhane | 24127440 | hculhane@msmtx.com | 12/12/2025 10:59:15 AM | SENT |
| Sarah J. Utley | | sarah.utley@harriscountytx.gov | 12/12/2025 10:59:15 AM | SENT |
| Ryan Cooper | 24123649 | Ryan.Cooper@harriscountytx.gov | 12/12/2025 10:59:15 AM | SENT |
| Bethany Dwyer | | Bethany.Dwyer@harriscountytx.gov | 12/12/2025 10:59:15 AM | SENT |

Associated Case Party: Super Neighborhood 48 Trinity/Houston Gardens

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Amy Dinn | | adinn@lonestarlegal.org | 12/12/2025 10:59:15 AM | SENT |
| Caroline Crow | | ccrow@lonestarlegal.org | 12/12/2025 10:59:15 AM | SENT |
| Noor Mozaffar | | nmozaffar@lonestarlegal.org | 12/12/2025 10:59:15 AM | SENT |